UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PATRICE RUNNER,

          Defendant.

- - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 21 2021 ★

LONG ISLAND OFFICE

[~~PROPOSED~~] ORDER AUTHORIZING
USE OF ALTERNATIVE VICTIM
NOTIFICATION PROCEDURES

Cr. No. 18 CR 578 (JS) (AYS)

      This matter comes before the Court on the Government's Motion for Authorization to Use Alternative Victim Notification Procedures. The Court finds that: (1) the number of potential victims in this case makes it impracticable to provide all of the victims the rights provided under 18 U.S.C. § 3771(a); (2) the "multiple crime victims" provision of the Act applies to this case; and (3) the means of notifying potential victims set forth in the United States' Motion to Use Alternative Victim Notification Procedures constitutes a "reasonable procedure" to give effect to and ensure compliance with the notice provisions of the Act.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3771(d)(2), that the United States is authorized to comply with 18 U.S.C. § 3771(a) by posting information relevant to victims in this case on the public website of the U.S. Department of Justice Consumer Protection Branch.

Dated: June 21, 2021

SO ORDERED:

HON. JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK