UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PATRICE RUNNER

              Defendant.

- - - - - - - - - - - - - - - - - - - X

[PROPOSED] PROTECTIVE ORDER

Cr. No. 18-CR-578 (JS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 08 2021 ★
LONG ISLAND OFFICE

    WHEREAS, the above-listed defendant has sought certain discovery materials from the Government pursuant to Federal Rule of Criminal Procedure 16 ("Rule 16"), which contain and/or reflect mailing lists and other documents containing names and addresses of victims, and other records containing names, addresses, and bank account information for victims, and other personal identification information allegedly used in the commission of the offenses charged; and,

    WHEREAS, the Government desires to protect the confidential information contained in the materials it produces pursuant to Rule 16(d)(1) and Title 18, United States Code, Section 3771;

    IT IS HEREBY ORDERED:

    1.    Discovery material produced by the Government in this action contains and/or reflects personal identification information (including but not limited to names, addresses, bank account information, credit card information, social security numbers, dates of birth, and taxpayer identification numbers) ("Confidential Material").

    2.    Confidential Material disclosed to defendant or to his respective counsel ("Counsel"), during the course of proceedings in this action:

    (a)    Shall be used by the defendant or his Counsel only for purposes of this action;

    (b)    Shall be kept in the sole possession of the defendant's Counsel or the staff of the Metropolitan Detention Center;

    (c)    Shall not be held by the defendant in his cell;

    (b)    Shall not be copied or otherwise recorded by the defendant;

    (c)    Shall not be disclosed in any form by the defendant or his Counsel except as set forth in paragraph 2(d) below;

    (d)    May be disclosed only by the defendant's Counsel and only to the following:

        (i)    investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendant's Counsel;

        (ii)    independent expert witnesses, investigators or advisors retained by the defendant or on his behalf in connection with this action;

        (iii)    such other persons as hereafter may be authorized by the Court upon such motion by the defendant; and

    (e)    Shall be returned to the Government following the conclusion of this case, including any direct appeals, together with any and all copies thereof, or shall be destroyed together with any and all copies thereof and defendant's Counsel shall verify such destruction in writing.

3.    No persons shall be provided, shown, or read the contents of any materials produced pursuant to the terms of this Order, or any copy thereof, unless and until they have been provided with a copy of this Order. The defense shall maintain a record of all such persons and inform them that they must comply with the terms of this Order.

4. The defense shall not attach any materials produced pursuant to the terms of this Order to any public filings with the Court or publicly disclose such materials, or their contents in any other manner, without prior notice to the Government, unless all personal identification information in the materials have been redacted. If the defense and the Government cannot agree on the manner in which the materials or their contents may be publicly disclosed, the parties shall seek resolution of such disagreements by the Court.

5. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

6. This Order supersedes the Protective Order previously entered on February 10, 2021.

**SO ORDERED.**

Dated: Dec. 8, 2021
Central, Islip, New York

JOANNA SEYBERT
United States District Judge