

U.S. Department of Justice

*Consumer Protection Branch*
*United States Department of Justice*

CBD/JWB/AFE/REB
F. #2016R00349

450 5th St. NW
Washington, D.C. 20001

May 23, 2023

<u>By ECF and Email</u>

The Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: <u>*United States v. Patrice Runner*</u>
      <u>Criminal No. CR 18-578 (JS)</u>

Dear Judge Shields:

  Consistent with Judge Seybert's March 29, 2023 Scheduling Order, the parties hereby jointly submit the following proposed brief summary of the case:

> This is a criminal case. The defendant, Patrice Runner, has been charged by a grand jury in an 18-count indictment. The indictment charges Mr. Runner with one count of conspiracy to commit mail fraud and wire fraud, 12 counts of mail fraud, 4 counts of wire fraud, and one count of conspiracy to commit money laundering. The indictment alleges that, from approximately 1994 through 2014, Mr. Runner and others ran a direct mail operation that sent millions of letters to persons in the United States and Canada. The indictment also alleges that the letters falsely stated they were individualized communications from world-renowned psychics and requested payment for supposedly personalized psychic services and supposedly unique and valuable items. For his part, Mr. Runner contends that he did not defraud or intend to defraud his customers, that the government will not be able to prove he did beyond a reasonable doubt, and that he is not guilty of each count in the indictment.

                    Respectfully submitted,

By:       /s/                
Ann Entwistle
Charles B. Dunn
John W. Burke
Rachel E. Baron
Trial Attorneys, Consumer Protection Branch
United States Department of Justice
(202) 305-3630

cc:    James Darrow, Esq. (by ECF and Email)
       Charles Millioen, Esq. (by ECF and Email