UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **STIPULATION** |
| - v. - | No. 18 Cr. 578 (JS) |
| PATRICE RUNNER, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA and the defendant PATRICE RUNNER, through their attorneys:

**Order Motion Summaries**

1.  The following exhibits (the "Order Motion Summaries") contain summary charts and tables of information derived from data on the Order Motion customer management database used by Destiny Research Center and its predecessors, related entities, and other persons and companies connected to the business (the "Order Motion Data").

> Defense Exhibits: DX AA-2; DX BB-1; and
>
> Government Exhibits: GX 500; GX 504; GX 508; GX 512; GX 517; GX 532; GX 539A; GX 541; GX 548; GX 558; GX 564; GX 567; GX 573; GX 574; GX 800; and GX 801.

2.  The Order Motion Summaries are authentic and accurate summaries of the Order Motion Data, which is voluminous and cannot be conveniently examined by the jury in court.

1

3. The Order Motion Summaries are admissible in evidence at the trial in this matter pursuant to Fed. R. Evid. 1006.

Dated: May 26, 2023

    Brooklyn, NY                                                Washington, DC

By:   /s James Darrow                         By:   /s John W. Burke

    James Darrow                                                 John W. Burke
    Assistant Federal Defender                    Assistant Director
    Federal Defenders of New York              U.S. Department of Justice
                                                                 Consumer Protection Branch

    *Attorneys for Patrice Runner*
                                                                 *Attorneys for*
                                                                 *the United States of America*