# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>- v -<br>_____Patrice Runner_____ | Presiding Judge: __Joanna Seybert, Senior U.S.D.J.__<br>Case No(s).: __18-cr-0578-JS-AYS__<br>Date: __6/6/2023__<br>Start Time: __9:45 AM__   Total Time: __7 hrs.__ |

### MINUTE ENTRY FOR A CRIMINAL TRIAL

**Trial Regarding a Violation of Probation/Supervised Release:** ☐ Yes  ☑ No

## I. APPEARANCES:

Defendant (# __1__): **Patrice Runner** _____
☑ Present  ☐ Not Present  ☑ In Custody  ☐ On Bond  ☐ Under Supervision

Counsel: **James Darrow and Charles Millioen** _____
☐ Retained  ☑ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____): _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Under Supervision

Counsel: _____
☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____): _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Under Supervision

Counsel: _____
☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Defendant (# ____): _____
☐ Present  ☐ Not Present  ☐ In Custody  ☐ On Bond  ☐ Under Supervision

Counsel: _____
☐ Retained  ☐ Federal Defender  ☐ CJA  ☐ _____

Government: **John Burke, Charles Dunn, Rachel Baron** _____

Court Reporter: **Lisa Schmid, Denise Parisi/Paul Lombardi** _____

Pretrial/Probation: _____

FTR Time: _____

Interpreter: _____  Language: _____

Courtroom Deputy: **Eric L. Russo** _____

☐ See Additional Appearances page.

## II. PROCEEDINGS HELD:

☐ Bond Hearing
☐ Detention Hearing
☐ Jury Selection (*Voir Dire*)
☑ Jury Trial
☐ Jury Deliberations
☑ Motion Hearing

## III. PROCEEDINGS SUMMARY:

☐ The following proceeding(s) were held regarding _____.

☐ Jury Selection (*Voir Dire*) held/continued.
  ☐ The Court ordered the jury panel to be <u>anonymous</u>.
  ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
  ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    ☐ The questioning of the prospective jurors was in the form of written questionnaires completed by the prospective jurors.
  ☐ A conference was held with the Court and the parties to review the questionnaires completed by the prospective jurors.
  ☐ _____ moved for a Batson Challenge as to Juror Number _____.
    ☐ The parties presented their oral arguments to the Court.
    ☐ The motion was ☐ granted and the juror was excused; ☐ denied and the juror remains unchallenged.
  ☐ A jury of _____, with _____ alternates, were selected and are satisfactory to all parties.
    ☐ The Court ordered the jury to be ☐ <u>sequestered</u>; ☐ <u>semi-sequestered</u>.
  ☐ The selected jurors were sworn as trial jurors.
  ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

☑ Jury Trial held/continued.
   ☐ The selected jurors were sworn as trial jurors.
   ☐ The jurors were given preliminary instructions by the Court.
   ☐ The Government's opening statement were heard.
   ☐ The Defendant's(s') opening statement(s) were heard.
   ☑ Witnesses were called for the Government.
   ☐ Witnesses were called for the defense.
   ☑ Exhibits were entered into evidence.
   ☐ The Government rests.
   ☐ The defense rests.
   ☐ The Charge Conference was held between the Court and the parties (absent the presence of the jury).
   ☐ The Government's summations were heard.
   ☐ The Defendant's(s') summations were heard.
   ☐ The Government's rebuttal summations were heard.
   ☐ The Court charged the jury.
   ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

☐ Jury Deliberations held/continued.
   ☐ A U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
   ☐ Jury Notes were received and marked as Court Exhibits.
   ☐ The Court instructed the jury to continue their deliberations pursuant to <u>Allen v. United States</u> (*Allen Charge*).
   ☐ The jury rendered the following verdict:
      ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
      ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
      ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
      ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
   ☐ The jurors were polled as to their verdict.
   ☐ The Verdict Sheet was received and marked as a Court Exhibit.
   ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
      ☐ Jury Notes were received and marked as Court Exhibits.
      ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
      ☐ The jurors were polled as to their verdict.
      ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
   ☐ The jurors, including alternates, were excused with the thanks of the Court.
   ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
   ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

- ☑ Motion Hearing held.
    - ☑ <u>Government</u> moved for:
        - ☐ Mistrial/New Trial pursuant to <u>Rule 33 of the F.R.Cr.P.</u>
        - ☐ Judgment of Acquittal pursuant to <u>Rule 29 of the F.R.Cr.P.</u>
        - ☑ <u>Introduce Witness Testimony of Jerome DiMarco by Zoom</u>                    .
    - ☑ The parties presented their oral arguments to the Court.
    - ☑ The Court made the following ruling(s): ☐ Motion granted; ☑ Motion denied; ☐ Motion granted, in part, and denied, in part.
        - ☐ 
    - ☐ The following briefing schedule was set:
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
        - ☐ _____ due by: _____.
    - ☐ The parties were directed to file a proposed briefing schedule for this Court's approval on or before _____.
    - ☐ The parties are to ensure <u>courtesy copies</u> of their submissions (outlined above) are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
    - ☑ The Court's decision ☑ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
    - ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

- ☐ Bond Hearing/Detention Hearing held.
    - ☐ The bond application/modification was granted as to Defendant _____.
        - ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
        - ☐ The conditions of release were modified as stated on the record as to Defendant _____.
        - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ The bond application/modification was denied as to Defendant _____.
    - ☐ The Government moved for immediate detention of Defendant _____.
        - ☐ The motion was ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
        - ☐ An Order of Detention was executed as to Defendant _____.
        - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ The decision regarding the bond or detention application was reserved.
        - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
        - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

- ☑ Defendant __1__ remain(s) in custody.

- ☐ The following order(s) was/were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
    - ☐ A Medical Evaluation Order as to Defendant _____.
    - ☐ A Competency Order as to Defendant _____.
    - ☐ A Force Order as to Defendant _____.

- ☐ Defendant _____, being found <u>not guilty</u>, shall be released, forthwith.
    - ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.

**For a defendant currently AT LIBERTY:**

- ☐ Defendant _____ remain(s) on bond.

- ☐ Defendant _____ remain(s) at liberty, under the supervision of the U.S. Probation Department (*for a VOP or VOSR case*).

**V. OTHER RULINGS MADE DURING THE PROCEEDINGS**:

☐ 

**VI. FURTHER PROCEEDINGS SET:**

☐ Jury Selection:      _____ at _____ before Judge _____(_____), as to Defendant _____.
☒ Jury Trial:          **6/7/2023** at **9:30 AM** before Judge **Joanna Seybert**   **(In Courtroom 1030.**), as to Defendant    **1**    .
☐ Motion Hearing:      _____ at _____ before Judge _____(_____), as to Defendant _____.
☐ Status Conference:   _____ at _____ before Judge _____(_____), as to Defendant _____.
☐ Bond Hearing:        _____ at _____ before Judge _____(_____), as to Defendant _____.
☐ Detention Hearing:   _____ at _____ before Judge _____(_____), as to Defendant _____.
☐ Sentencing:          _____ at _____ before Judge _____(_____), as to Defendant _____.
  ☐ Parties are directed to file their sentencing memorandums by _____. Once the memorandums are filed, the parties are to ensure courtesy copies of their submissions are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.) If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed on said due date, in lieu of the memorandum.

☐ Further instructions regarding the proceedings set:
  ☐ The Court ordered the proceeding(s) to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.
  ☐ 

☐ No further proceedings have been set at this time. (**Note**: Further proceedings may have been set previously. Refer to the docket sheet.)