# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>- v -<br>_____Patrice Runner_____ | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**<br>Case No(s).: **18-cr-0578-JS-AYS**<br>Date: **6/12/2023**<br>Start Time: **10:00 AM**   Total Time: **6 hrs. 45 mins.** |

## MINUTE ENTRY FOR A CRIMINAL TRIAL

**Trial Regarding a Violation of Probation/Supervised Release:** ☐ Yes ☑ No

### I. APPEARANCES:

Defendant (# **1**): **Patrice Runner** _____  Counsel: **James Darrow and Charles Millioen** _____
☑ Present ☐ Not Present ☑ In Custody ☐ On Bond ☐ Under Supervision   ☐ Retained ☑ Federal Defender ☐ CJA ☐ _____

Defendant (# ____): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Under Supervision   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Under Supervision   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____): _____  Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Under Supervision   ☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Government: **John Burke, Charles Dunn, Rachel Baron** _____   Court Reporter: **Marie Foley, Paul Lombardi, Lisa Schmid** _____

Pretrial/Probation: _____   FTR Time: _____

Interpreter: _____ Language: _____   Courtroom Deputy: **Eric L. Russo** _____

☐ See Additional Appearances page.

### II. PROCEEDINGS HELD:

☐ Bond Hearing
☐ Detention Hearing
☐ Jury Selection (*Voir Dire*)
☑ Jury Trial
☐ Jury Deliberations
☐ Motion Hearing

### III. PROCEEDINGS SUMMARY:

☐ The following proceeding(s) were held regarding _____.

☐ Jury Selection (*Voir Dire*) held/continued.
   ☐ The Court ordered the jury panel to be <u>anonymous</u>.
   ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
   ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
      ☐ The questioning of the prospective jurors was in the form of written questionnaires completed by the prospective jurors.
   ☐ A conference was held with the Court and the parties to review the questionnaires completed by the prospective jurors.
   ☐ _____ moved for a Batson Challenge as to Juror Number _____.
      ☐ The parties presented their oral arguments to the Court.
      ☐ The motion was ☐ granted and the juror was excused; ☐ denied and the juror remains unchallenged.
   ☐ A jury of _____, with _____ alternates, were selected and are satisfactory to all parties.
      ☐ The Court ordered the jury to be ☐ <u>sequestered</u>; ☐ <u>semi-sequestered</u>.
   ☐ The selected jurors were sworn as trial jurors.
   ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

- ☑ Jury Trial held/continued.
  - ☐ The selected jurors were sworn as trial jurors.
  - ☐ The jurors were given preliminary instructions by the Court.
  - ☐ The Government's opening statement were heard.
  - ☐ The Defendant's(s') opening statement(s) were heard.
  - ☑ Witnesses were called for the Government.
  - ☐ Witnesses were called for the defense.
  - ☑ Exhibits were entered into evidence.
  - ☐ The Government rests.
  - ☐ The defense rests.
  - ☐ The Charge Conference was held between the Court and the parties (absent the presence of the jury).
  - ☐ The Government's summations were heard.
  - ☐ The Defendant's(s') summations were heard.
  - ☐ The Government's rebuttal summations were heard.
  - ☐ The Court charged the jury.
  - ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

- ☐ Jury Deliberations held/continued.
  - ☐ A U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
  - ☐ Jury Notes were received and marked as Court Exhibits.
  - ☐ The Court instructed the jury to continue their deliberations pursuant to <u>Allen v. United States</u> (*Allen Charge*).
  - ☐ The jury rendered the following verdict:
    - ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
    - ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
    - ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
    - ☐ _____ on count(s)/charges(s): _____ as to Defendant _____.
  - ☐ The jurors were polled as to their verdict.
  - ☐ The Verdict Sheet was received and marked as a Court Exhibit.
  - ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
    - ☐ Jury Notes were received and marked as Court Exhibits.
    - ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
    - ☐ The jurors were polled as to their verdict.
    - ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
  - ☐ The jurors, including alternates, were excused with the thanks of the Court.
  - ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
  - ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

- ☐ Motion Hearing held.
  - ☐ _____ moved for:
    - ☐ Mistrial/New Trial pursuant to Rule 33 of the F.R.Cr.P.
    - ☐ Judgment of Acquittal pursuant to Rule 29 of the F.R.Cr.P.
    - ☐ _____.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ The Court made the following ruling(s): ☐ Motion granted; ☐ Motion denied; ☐ Motion granted, in part, and denied, in part.
    - ☐ [                                                                                                          ]
  - ☐ The following briefing schedule was set:
    - ☐ _____ due by: _____.
    - ☐ _____ due by: _____.
    - ☐ _____ due by: _____.
    - ☐ _____ due by: _____.
  - ☐ The parties were directed to file a proposed briefing schedule for this Court's approval on or before _____.
  - ☐ The parties are to ensure courtesy copies of their submissions (outlined above) are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.)
  - ☐ The Court's decision ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was reserved.
  - ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

- ☐ Bond Hearing/Detention Hearing held.
  - ☐ The bond application/modification was granted as to Defendant _____.
    - ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    - ☐ The conditions of release were modified as stated on the record as to Defendant _____.
    - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
  - ☐ The bond application/modification was denied as to Defendant _____.
  - ☐ The Government moved for immediate detention of Defendant _____.
    - ☐ The motion was ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
    - ☐ An Order of Detention was executed as to Defendant _____.
    - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
  - ☐ The decision regarding the bond or detention application was reserved.
    - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
    - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
  - ☐ See Section V of this minute entry (*page 4*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**
- ☒ Defendant ____1____ remain(s) in custody.

- ☐ The following order(s) was/were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
  - ☐ A Medical Evaluation Order as to Defendant _____.
  - ☐ A Competency Order as to Defendant _____.
  - ☐ A Force Order as to Defendant _____.

- ☐ Defendant _____, being found not guilty, shall be released, forthwith.
  - ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.

**For a defendant currently AT LIBERTY:**
- ☐ Defendant _____ remain(s) on bond.

- ☐ Defendant _____ remain(s) at liberty, under the supervision of the U.S. Probation Department (*for a VOP or VOSR case*).

**V. OTHER RULINGS MADE DURING THE PROCEEDINGS**:

☐

**VI. FURTHER PROCEEDINGS SET:**

☐ Jury Selection: _____ at _____ before Judge _____(_____), as to Defendant _____.
☑ Jury Trial:     **6/13/2023** at **9:30 AM** before Judge **Joanna Seybert**   **(In Courtroom 1030.**   ), as to Defendant  **1**  .
☐ Motion Hearing: _____ at _____ before Judge _____(_____), as to Defendant _____.
☐ Status Conference: _____ at _____ before Judge _____(_____), as to Defendant _____.
☐ Bond Hearing: _____ at _____ before Judge _____(_____), as to Defendant _____.
☐ Detention Hearing: _____ at _____ before Judge _____(_____), as to Defendant _____.
☐ Sentencing: _____ at _____ before Judge _____(_____), as to Defendant _____.
  ☐ Parties are directed to file their sentencing memorandums by _____. Once the memorandums are filed, the parties are to ensure courtesy copies of their submissions are promptly provided to Chambers. (**Note**: Attaching the documents to an e-mail does not satisfy this directive.) If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed on said due date, in lieu of the memorandum.

☐ Further instructions regarding the proceedings set:
  ☐ The Court ordered the proceeding(s) to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.
  ☐

☐ No further proceedings have been set at this time. (**Note**: Further proceedings may have been set previously. Refer to the docket sheet.)