UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

   - against -

PATRICE RUNNER       ,

   Defendant.
----------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 15 2023 ★
LONG ISLAND OFFICE

VERDICT SHEET

Cr. No. 18-578 (JS)

SEYBERT, U.S. DISTRICT JUDGE

## AS TO COUNT ONE

(Conspiracy to Commit Mail Fraud and Wire Fraud)

On the charge of conspiracy to commit mail fraud and wire fraud in Count One, how do you find the defendant Patrice Runner?

Not Guilty _____    Guilty __X__

What substantive crime(s) do you find to be the Object(s) of the Conspiracy:

__X__ Mail Fraud

__X__ Wire Fraud

## AS TO COUNT TWO

(Mail Fraud – December 2013 – Bill Spitler)

On the charge of mail fraud in Count Two, how do you find the defendant Patrice Runner?

Not Guilty _____    Guilty __X__

COURT EXHIBIT
④
18-cr-0578

## AS TO COUNT THREE

(Mail Fraud – January 2014 – Ingrid Wolf)

On the charge of mail fraud in Count Three, how do you find the defendant Patrice Runner?

Not Guilty _____  Guilty __X__

## AS TO COUNT FOUR

(Mail Fraud – February 2014 – Jerome DiMarco)

On the charge of mail fraud in Count Four, how do you find the defendant Patrice Runner?

Not Guilty __X__  Guilty _____

## AS TO COUNT FIVE

(Mail Fraud – February 2014 – Wayne Gilbert)

On the charge of mail fraud in Count Five, how do you find the defendant Patrice Runner?

Not Guilty _____  Guilty __X__

## AS TO COUNT SIX

(Mail Fraud – March 2014 – Barbara Callahan)

On the charge of mail fraud in Count Six, how do you find the defendant Patrice Runner?

Not Guilty _____  Guilty __X__

## AS TO COUNT SEVEN

(Mail Fraud – March 2014 – Farida Beharry)

On the charge of mail fraud in Count Seven, how do you find the defendant Patrice Runner?

Not Guilty __X__ Guilty _____

## AS TO COUNT EIGHT

(Mail Fraud – April 2014 – Barbara Daniels)

On the charge of mail fraud in Count Eight, how do you find the defendant Patrice Runner?

Not Guilty _____ Guilty __X__

## AS TO COUNT NINE

(Mail Fraud – May 2014 – Keith Aldrich)

On the charge of mail fraud in Count Nine, how do you find the defendant Patrice Runner?

Not Guilty _____ Guilty __X__

## AS TO COUNT TEN

(Mail Fraud – June 2014 – Martha Smith)

On the charge of mail fraud in Count Ten, how do you find the defendant Patrice Runner?

Not Guilty _____ Guilty __X__

## AS TO COUNT ELEVEN

(Mail Fraud – August 2014 – Manuel Sousa)

On the charge of mail fraud in Count Eleven, how do you find the defendant Patrice Runner?

Not Guilty __X__ Guilty _____

## AS TO COUNT TWELVE

(Mail Fraud – August 2014 – Shirley Wright)

On the charge of mail fraud in Count Twelve, how do you find the defendant Patrice Runner?

Not Guilty _____ Guilty __X__

## AS TO COUNT THIRTEEN

(Mail Fraud – October 2014 – Kathy Ervin)

On the charge of mail fraud in Count Thirteen, how do you find the defendant Patrice Runner?

Not Guilty __X__ Guilty _____

## AS TO COUNT FOURTEEN

(Wire Fraud – April 14, 2014)

On the charge of wire fraud in Count Fourteen, how do you find the defendant Patrice Runner?

Not Guilty _____ Guilty __X__

## AS TO COUNT FIFTEEN

(Wire Fraud – May 2, 2014)

On the charge of wire fraud in Count Fifteen, how do you find the defendant Patrice Runner?

Not Guilty _____ Guilty \_\_\_X\_\_\_\_

## AS TO COUNT SIXTEEN

(Wire Fraud – May 13, 2014)

On the charge of wire fraud in Count Sixteen, how do you find the defendant Patrice Runner?

Not Guilty _____ Guilty \_\_\_X\_\_\_\_

## AS TO COUNT SEVENTEEN

(Wire Fraud – May 30, 2014)

On the charge of wire fraud in Count Seventeen, how do you find the defendant Patrice Runner?

Not Guilty _____ Guilty \_\_\_X\_\_\_\_

## AS TO COUNT EIGHTEEN

(Conspiracy to Commit Money Laundering)

On the charge of Conspiracy to Commit Money Laundering in Count Eighteen, how do you find the defendant Patrice Runner?

Not Guilty _____  Guilty __X__

What substantive crime(s) do you find to be the Object(s) of the Conspiracy:

__X__ Transportation of Funds or Monetary Instruments to Promote Unlawful Activity in violation of Title 18, United States Code, section 1956(a)(2)(A)

__X__ Transportation of Monetary Instruments or Funds to Conceal Origin of Property in violation of Title 18, United States Code, section 1956(a)(2)(B)(i)

__X__ Engaging in Monetary Transactions in Criminally Derived Property in violation of Title 18, United States Code, section 1957

Please have your foreperson sign and date this.

Dated: June 15th, 2023 at Central Islip, New York

_____
FOREPERSON OF THE JURY