**KARIN CIVITELLA**

**WHISTLER, BRITISH COLUMBIA, CANADA**

Whistler, September 1st, 2023

Your Honor,

I am writing to you today to ask for clemency for my ex spouse and good friend of many years, Patrice Runner. Thank you for taking the time to read this letter today and I sincerely hope to be able to help him out.

I have known Patrice since the age of 20, 37 years ago to be precise. We were students and quickly became good life companions. After 10 years together, I became pregnant and was very afraid of compromising my professional life to start a family. Patrice convinced me; he wanted a big family. Frankly, after 10 years together, at the age of thirty, I would have been really stupid not to choose him to be the father of my children. So we had 2 beautiful boys, Axel and Dylan. They're now 26 and 27 and I think you saw them in court last spring. They are very attached to Patrice, and with good reason. Patrice has always been a very attentive partner. When Axel was born, he helped ease my suffering with some beautiful Peruvian music with the Andes flute, and lobster the next morning.... the nurses were almost jealous. (For Dylan, it all went by too quickly). Today, our two boys live together, are the best friends in the world and live 30km from me. The rest was really beautiful. Our two children brought us together.

I've always felt respected and in agreement in our family choices. My freedom to be the mother I wanted to be was always accepted, and vice versa. A taste for sports, adventures and travels were all part of it. We shared the same zest for life. The children integrated very well into our somewhat "nomadic" life, in which the outdoors was at the forefront. Skiing, sailing, swimming, biking and hiking were the main activities. Always in search of adventure, without compromising the boys' education, quite the contrary. I speak French, English and Spanish, and get by in Italian. Our children have had the opportunity to learn about other cultures in their turn and now speak three languages. All these adventures have been life choices, in a humble and non-ostentatious way. After school, Patrice regularly played chess with the boys. Not to mention all the long evenings of Risk, Stratégo, Cranium etc... We had a very active life between work, raising our children and all our hobbies. Life was certainly not monotonous. Patrice was an excellent family man.

Then, after 25 years, our relationship ran out of steam and he started a new family. It was due. I'm okay now. After 14 years of separation, I'm happy and have no regrets.

However, I find it very hard to accept where he is today. He lives in very difficult prison conditions, surrounded by drug addicts, dealers, gangs, etc., plus all those lock-downs. No visitors as all the relatives don't live in the USA. This story has torn our lives apart, not just Patrice's. We're in good communication and I want to support him in everything he does. I've always kept a good relationship with his family in France. We used to see them regularly. We are all very affected by this situation and worried about is physical and mental health.

My priority today is his two young children, ▮▮▮▮▮ (aged 9 and 11), who really want to see their father again as soon as possible. They are not my children but I do care for them. I do repeat that Patrice is a good family man, and I'm sure he'll give his best for his children. Not to mention that all his friends, family and our own children miss him terribly.

Thank you to have taken the time to read this letter

Sincerely,

*Karin Civitella*

Karin Civitella

September 1st 30th, 2023
Whistler, British Columbia, Canada