Axel Runner



Your Honor,

I'm reaching out to share some insights about my father, Patrice Runner. His imminent fate is entrusted in your hands. While I've remained on the periphery of the events underpinning this case, as his eldest son, I'm uniquely positioned to offer an intimate portrait of his character and the life decisions which may have intersected with the current circumstances.

From my earliest recollections, my father has embedded values that have profoundly shaped my perspective on life. Foremost among these are the profound importance of family, an unwavering generosity towards those we hold dear, and the understanding that it's our life's journey and experiences that truly sculpt our character.

The year 1997 marked a pivotal juncture in our family's history. With the birth of my brother, Dylan, my parents felt compelled to reevaluate our environment. They chose to transition from the bustling cityscape of Montreal to the serene backdrop of Whistler, confident that such a place would provide an enriched childhood for us. Their instincts were spot on. Whistler provided the tapestry where I crafted my fondest memories, forged lifelong bonds, and nurtured an innate affinity for the outdoors. Even after various relocations, it's Whistler that I've chosen to anchor my adult life in, a testament to its enduring impact.

As time progressed, my parents, always forward-thinking, turned their attention towards our educational trajectory. Whistler, despite its many virtues, lacked educational robustness. With a vision for a superior academic foundation, we embarked on journeys first to Costa Rica and later, more prominently, to Switzerland. It was here that I underwent the transformative phase of my high school education.

Switzerland wasn't just a geographical change. It symbolized my parents' unwavering commitment to holistic growth. They ardently encouraged us to embrace multilingualism. I can now converse fluently in three languages, an asset I'm immensely grateful for. It's a skill that's granted me both professional and personal advantages.

This European chapter of our lives was multifaceted. Beyond the academic rigor of the international school, which set me on a path to my preferred university, UBC, were the life-altering experiences. My father, ever the enthusiast for genuine experiences, curated myriad adventures. Our passports were stamped with destinations some only dream of: Easter Island, Tahiti, Vietnam, and New Zealand to name a few. A particular expedition remains etched in my memory – our ascent of Mont Blanc. This wasn't just a physical journey but a testament to the values of perseverance and ambition my father hoped to instill.

Beyond these experiences, Europe held another treasure – our extended family. While Canada is our birthplace, our ancestral roots lie in Europe. Residing there facilitated frequent reunions, keeping familial bonds tight. It was my father's belief that understanding our lineage enriched our personal narratives.

Now, at 27, I stand at a vantage point, reflecting on the journey thus far. My professional life takes me around the globe, I wield the power of three languages, and my circle of friends is both diverse and close-knit. Much of this, I owe to the foundational principles and the unparalleled support of my father. He's not only equipped me with tools for a fulfilling life but also the wisdom to navigate its challenges.

In conclusion, Your Honor, I humbly request that you consider this holistic portrayal of Patrice Runner as you ponder upon the next steps. His actions, especially as a father and a family man, have left an indelible impact on many lives.

With utmost respect,

Axel Runner