**DOCTEUR OLIVIER RUNNER**
ORL ET CHIRURGIE CERVICO-FACIALE
ANCIEN INTERNE DES HOPITAUX
ANCIEN ASSISTANT DES HOPITAUX
PRATICIEN HOSPITALIER

**Service d'O.R.L. et Chirurgie Cervico-Maxillo-Faciale**
**Centre Hospitalier d'Annonay**

Annonay, le 30 aout 2023

Madame la juge Joanna Seybert

Votre Honneur,

Vous allez devoir décider, en votre âme et conscience, de l'avenir de mon cousin Patrice sur l'analyse d'actes délictueux pour lesquels il a été accusé dans le cadre de son activité professionnelle.

Bien que très proches en raison de notre parenté et de la complicité indéfectible qui liait nos pères respectifs, nous n'avons jamais échangé sur la nature ou sur l'ampleur de ses activités de ventes de produits astrologiques, je n'ai donc pas d'avis sur la véracité des accusations ou sur la gravité des faits qui lui sont reprochés.

Je me permets de vous adresser ce courrier car je suis son plus proche cousin et j'ai la prétention, ayant exercé pendant plus de vingt-cinq ans la chirurgie carcinologique cervico-faciale, savoir appréhender la nature humaine ; je souhaiterais donc, au travers de mon témoignage, vous éclairer sur la personnalité profonde de Patrice pour que vous disposiez d'éléments supplémentaires afin de rendre la sentence la plus juste et équitable possible en connaissance de causes, laquelle décidera de son avenir.

En raison d'une part de la proximité de nos pères qui nous offrait l'occasion de nous voir assez souvent malgré l'éloignement et d'autre part de notre faible différence d'âge (un peu plus de deux ans) Patrice a toujours été mon cousin préféré et adoré. Tout jeune, ce cousin américain me fascinait déjà par ses qualités multiples, son humanité et son courage face à l'adversité.

Suite au divorce de ses parents Patrice a été confié avec ses deux frères et sa sœur à la garde de sa mère au Canada, très jeune il a dû endosser le rôle de chef de famille, sa maman étant atteinte de schizophrénie et vivant au Canada d'une maigre pension alimentaire envoyée par son père qui travaillait en Afrique pour l'O.N.U. cette fonction fut encore plus nécessaire après l'accident gravissime qui a laissé sa petite sœur chérie définitivement handicapée et qui l'a profondément atteint ainsi que ses deux frères. Il s'est alors efforcé d'assurer la cohésion du foyer pour sa fratrie jouant un rôle qu'il n'aurait jamais dû avoir à jouer à un si jeune âge.

Alors que nous étions pré adolescents, lors de l'un de ses séjours en France dans la maison du Jura où nous passions nos vacances en famille, nous avions découvert et recueilli un bébé hérisson blessé. Plusieurs jours durant, nous lui avons prodigué tous les soins que nous pensions nécessaires; Patrice se relevait même la nuit pour essayer de le nourrir et lui apporter de l'affection.

Malgré notre vigilance la petite bête est morte… C'est alors que j'ai découvert, au-delà de la sensibilité de mon cousin prêt à remuer ciel et terre pour sauver le hérisson, ce côté étrange et un peu mystique qu'il avait déjà. Il avait alors rédigé un texte mystérieux qu'il avait lu lors de la cérémonie funèbre qu'il nous avait imposé avant que nous enterrions notre ami hérisson au pied du plus vielle arbre du jardin.

Alors que nous étions âgés de 17 et 19 ans, nous avons visité l'Europe du Nord à faible cout avec notre ami Antoine grâce à la carte à tarif réduits pour jeune *InterRail*.
Nous disposions alors d'un tout petit budget qui nous imposait de dormir à la belle étoile et de ne manger qu'un vrai repas par jour. Lors de notre séjour à Copenhague nous avions sympathisé avec un SDF français, ancien toxicomane qui dormait sous les ponts avec ses deux chiens. Durant nos deux semaines passées là-bas, nous dormions sur une plage située à 45 minutes du centre-ville de Copenhague où nous nous rendions chaque jour en train après avoir pris soin de cacher nos sacs à dos dans des fourrés.
Presque chaque jour Patrice insistait pour que nous passions discuter avec ce « nouvel ami » et lui donner, ainsi qu'à ses deux chiens, de la nourriture et un peu d'argent. Sa générosité ne se limitait pas à cela : dès qu'il croisait un mendiant, surtout s'il était accompagné d'un animal de compagnie, nous n'arrivions pas à l'empêcher de leur donner des pièces de monnaie.

Le jour de notre départ pour Stockholm nous avons découvert que Patrice n'avait presque plus d'argent sur lui ! Dès notre arrivée en Suède nous avons dû appeler, toutes affaires cessantes, notre grand père, chez lequel Patrice séjournais quand il était en France, afin qu'il nous envoie en urgence de l'argent par la Western Union.

Plus récemment, au cours d'un séjour en montagne avec ses amis, notre fils ainé Thomas s'est gravement blessé un genou et s'est retrouvé bloqué à Bourg-Saint-Maurice.
Suite à son hospitalisation, ma femme et moi étant dans l'impossibilité de nous déplacer en raison de nos impératifs professionnels respectifs, nous avons tenté de le faire rapatrier par ambulance. Malheureusement aucune des compagnies d'ambulances contactées n'était disposées à couvrir le trajet jusqu'en Ardèche. Je me lamentais de ce problème au téléphone auprès de mon cousin qui, à cette époque vivait en Suisse, et, sans l'avoir même envisagé et malgré mes dénégations, sans hésitation mon cousin a sauté dans sa voiture et a couvert un trajet de plusieurs heures pour se rendre à Bourg-Saint-Maurice. De là il a parcouru, à nouveau, trois heures de route pour le ramener chez nous en Ardèche. Cette mésaventure nous a, tout de même, permis de passer une très agréable soirée ensemble, avant qu'il reprenne la route le lendemain pour rentrer dans sa famille.

Je pourrais citer nombres d'autres "anecdotes" attestant le côté intense, parfois même excessif voire légèrement "bizarre" ou ésotérique de mon cousin Patrice mais qui démontrent surtout qu'il est un homme entier, au courage sans limite, pourvu d'une grande sensibilité et d'un cœur d'or, toujours prêt à payer de sa personne pour aider les autres.

Je vous prie de prendre en compte ces facettes de sa personnalité lorsque vous allez prononcer la sentence qui vous parait appropriée car je peux vous certifier que même s'il a commis un délit c'est à n'en pas douter, sans volonté de nuire à quiconque. Sachez que l'homme que vous

allez juger est animé d'une grande humanité ce qu'il tient une très grande place dans mon cœur, ainsi que dans celui de mon épouse et de mes enfants.

Je vous prie d'accepter, votre Honneur, l'expression de mes salutations respectueuses.

Olivier RUNNER