

# QUESTIONNAIRE
## Destiny Research Center – Maria Duval / Patrick Guerin

Name: Barbara Conklin

Address: █████████████

Telephone number: █████████████  Best time to call: *Please don't!*

1) Have you received any mailings from Maria Duval, Patrick Guerin, and/or the Destiny Research Center?  ☒ Yes   ___ No   *OVER 3 YRS AGO.*

2) Do you still have copies of any letters or other items (ex. medallions, statues, cards) sent to you by Ms. Duval or Mr. Guerin?   ___ Yes   ☒ No

   If so, please enclose them (or copies of them) in the enclosed postage-paid envelope when you return this questionnaire. If all your items do not fit in the enclosed return envelope and you need additional postage-paid envelopes, please tell us and we will provide additional envelopes.

3) Did you send money to Ms. Duval or Mr. Guerin for products (ex. medallion, statue, card, or other object) or services (ex. telepathic sessions or psychic analysis) advertised in their letter(s)?

   ☒ Yes   ___ No

   If so, how much money did you pay in total to Ms. Duval or Mr. Guerin? $ *UNKNOWN*

4) What was the financial or personal impact or hardship to you of paying money to Ms. Duval or Mr. Guerin?

   *At the time I was corresponding with Maria I was fighting clinical depression. Maria's letters gave me more hope than my therapy did. Plus it was always my choice to deal with Maria.*



**Questionnaire - (Continued) (Page 2)**

5) Have you received any letters regarding psychic or telepathic services, lotteries or sweepstakes in the past six months? ____ Yes   **X** No

   If so, please enclose them (or copies of them) in the enclosed postage-paid envelope when you return this questionnaire.

6) Did anyone help you prepare your responses to this questionnaire? If so, please provide us their name and telephone number. *No.*

   Name: _____

   Telephone Number: _____