**NOTICE OF APPEAL**
**UNITED STATES DISTRICT COURT**
**Eastern District of New York**

_____

**UNITED STATES OF AMERICA**

   -v-

**PATRICE RUNNER,**
                  Defendant.

_____

Docket Number: **18-CR-578-JS-1**

District Court Judge: **Honorable Joanna Seybert**

Notice is hereby given that **PATRICE RUNNER** appeals to the United States Court of Appeals for the Second Circuit from the:

☒    **Judgment**
☐    **Order**
☐    **Other:** _____    entered in this action on **4/15/2024**

Offense occurred after November 1, 1987: ☒ **Yes**     The appeal concerns: ☐ **Conviction Only**
                                                                         ☐ **No**                                 ☐ **Sentence Only**
                                                                                                                           ☒ **Conviction and Sentence**

DATE:   **April 17, 2024**

TO:   **AUSA Charles Dunn, Esq.**

FROM:   **Patrice Runner**
            **Reg. No. 23352-509**

        **James Darrow, Esq.**
          *Of Counsel*

**BARRY D. LEIWANT, ESQ.**
**Counsel for Appellant**
**FEDERAL DEFENDERS OF NEW YORK, INC.**
**52 Duane Street - 10th Floor**
**New York, NY 10007**
**(212) 417-8700**

| **(TO BE COMPLETED BY ATTORNEY)** | **TRANSCRIPT INFORMATION - FORM B** |
|---|---|
| ➤**QUESTIONNAIRE** | ➤**TRANSCRIPT ORDER**➤DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE) |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>REASON:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: (Attach explanation) | ☐ Change of Plea Hearing:<br>☐ Trial:<br>☒ Sentencing Hearing(s):  **04-15-2024**<br>☐ Post-trial proceedings**:** |
| The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)) ➤ Method of payment ☐ Funds    ☐ CJA Form 24   ☒ **Federal Defenders of New York, Inc.** ||
| Attorney's Signature:<br>*James Darrow/bp* | Date:   **April 17, 2024** |

➤COURT REPORTER ACKNOWLEDGMENT-To be completed by Court Reporter and forward to Court of Appeals.

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
| | | |

Date _____       Signature_____
                                                                                                                             (Court Reporter)