# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **18-cr-0578-JS-AYS** |
| _____ Patrice Runner _____ | Date: **4/15/2024** |
| | Start Time: **1:45 PM**　　Total Time: **1 hr. 20 mins.** |

## MINUTE ENTRY FOR A CRIMINAL PROCEEDING

### SEALED PROCEEDING: ☐ Yes ☑ No

### I. APPEARANCES:

Defendant (# **1** ): **Patrice Runner**　　　　　　　　Counsel: **James Darrow**
☑ Present ☐ Not Present ☑ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☑ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____　　Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____　　Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____　　Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____　　Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____　　Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____　　Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____　　Counsel: _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered　　☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Government: **John Burke**　　　　　　　　　　　　　Interpreter(s): _____
　　　　　　　_____　　　　Language: _____
Pretrial Services: _____　　　Court Reporter(s): **ToniAnn Lucatorto**
Probation Dept.: _____　　　　_____
Other Appearances: **Thomas Ninan (Case Agent)**　　FTR Time(s): _____
　　　　　　_____　　　　　Courtroom Deputy: Eric L. Russo
　　　　　　_____

### II. PROCEEDINGS HELD:

☑ In-Person　　　　　　☐ Arraignment (*pg. 2*)　　　☐ Fatico Hearing (*pg. 4*)　　　☐ Motion Hearing (*pg. 4*)
☐ By Telephone　　　　☐ Bond Hearing (*pg. 5*)　　 ☐ Initial Appearance (*pg. 2*)　 ☐ Plea Hearing (*pg. 3*)
☐ By Video　　　　　　☐ Curcio Hearing (*pg. 2*)　　☐ Jury Deliberations (*pg. 3*)　☑ Sentencing/Re-Sentencing (*pg. 4*)
　　　　　　　　　　　☐ Detention Hearing (*pg. 5*)　☐ Jury Selection (*pg. 3*)　　　☐ Status/Pre-Trial Conference (*pg. 2*)
　　　　　　　　　　　☐ Evidentiary Hearing (*pg. 4*)　☐ Jury Trial (*pg. 3*)

☐ Other Proceeding: _____

## III. SUMMARY OF THE PROCEEDINGS:

☐ Arraignment held as to the charge(s) outlined in the _____.
    ☐ This was an initial appearance before this Court by Defendant _____.
    ☐ Defendant _____ waived Indictment.
        ☐ Waiver of Indictment executed by Defendant _____.
    ☐ Defendant _____ waived the public reading of the charging instrument.
    ☐ Defendant _____ was advised of, and acknowledged, the charges outlined in the charging instrument.
    ☐ The Government was advised of, and acknowledged, its obligation under Rule 5(f) of the F.R.Cr.P. and the Due Process Protections Act.
        ☐ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.
    ☐ Defendant _____ entered a plea of NOT GUILTY as to all counts of the charging instrument.
    ☐ Defendant _____ waived Speedy Trial from _____ to _____ pursuant to _____.
    (*For Internal Use Only*: Excludable Code = _____.)
    ☐ Defendant _____ did not waive Speedy Trial.
        ☐ Speedy Trial was ordered waived for Defendant _____ from _____ to _____ pursuant to _____.
    (*For Internal Use Only*: Excludable Code = _____.)
    ☐ The Court deems (or previously deemed) this case COMPLEX.
        ☐ Speedy Trial was ordered waived for Defendant _____ from _____ to _____ pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).
        (*For Internal Use Only*: Excludable Code =  XT - Interest of Justice  .)
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Curcio Hearing held as to Defendant _____.
    ☐ Attorney _____ (☐ Federal Defender; ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
    ☐ The parties presented their oral arguments to the Court.
    ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
    ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
    ☐ The defendant requested that current counsel be relieved and:
        ☐ that the defendant will retain new counsel.
            ☐ The defendant must retain new counsel by _____; or within _____ of this hearing.
        ☐ that the Court appoint new counsel.
            ☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
    ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was RESERVED.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Status Conference/Pre-Trial Conference held as to _____.
    ☐ This was an initial appearance before this Court by Defendant _____.
    ☐ The parties advised the Court of the status of the case.
    ☐ Defendant _____ waived Speedy Trial from _____ to _____ pursuant to _____.
    (*For Internal Use Only*: Excludable Code = _____.)
    ☐ Defendant _____ did not waive Speedy Trial.
        ☐ Speedy Trial was ordered waived for Defendant _____ from _____ to _____ pursuant to _____.
    (*For Internal Use Only*: Excludable Code = _____.)
    ☐ The Court deems (or previously deemed) this case COMPLEX.
        ☐ Speedy Trial was ordered waived for Defendant _____ from _____ to _____ pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).
        (*For Internal Use Only*: Excludable Code =  XT - Interest of Justice  .)
    ☐ The Court deems (or previously deemed) this case TRIAL READY.
        ☐ The Court set the following pre-trial submission schedule:
            ☐ All 3500 material and 404(b) evidence:        due by: _____.
            ☐ Motion(s) in Limine and all supporting papers:    due by: _____.
            ☐ Opposition(s) to Motions in Limine and all supporting papers:  due by: _____.
            ☐ Reply(ies) to Motions in Limine and all supporting papers:  due by: _____.
            ☐ Proposed Voir Dire questions and case summary:  due by: _____.
            ☐ Proposed exhibit and witness list:  due by: _____.
            ☐ Proposed Jury Charge and Verdict Sheet:  due by: _____.
            ☐ The Court WILL NOT grant any extensions of the deadlines set forth above.
            ☐ The parties are directed to submit courtesy copies of their submissions to Chambers in accordance with the Court's Individual Rules.
        ☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
        ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Plea Hearing held as to count(s) _____ of the _____-count _____.
    ☐ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
    ☐ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced count(s).
    ☐ Court found that the there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.
    ☐ An Order of Forfeiture was executed.
    ☐ The parties consented to hold the preparation of the Presentence Investigation Report in ABEYANCE.
    ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
    ☐ The parties waived the preparation of the Presentence Investigation Report.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Selection (*Voir Dire*) held.
    ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
    ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    ☐ _____ moved for a Batson Challenge as to Juror _____.
        ☐ The parties presented their oral arguments to the Court.
        ☐ The Court made the following ruling: ☐ Motion GRANTED, the juror was excused; ☐ Motion DENIED, the juror remained on the panel.
    ☐ A jury of ____, with ____ alternates, were selected and are satisfactory to all parties.
        ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered.
    ☐ The selected jurors were sworn as trial jurors.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Trial held.
    ☐ A jury of ____, with ____ alternates, were previously selected by _____ and are satisfactory to all parties.
    ☐ The selected jurors were sworn as trial jurors.
    ☐ The jurors were given preliminary instructions by the Court.
    ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
    ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
    ☐ Exhibit(s) were entered into evidence.
    ☐ The Government rested its case.
    ☐ The defense rested its case.
    ☐ A Charge Conference was held with the Court and counsel.
    ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
    ☐ The Court charged the jury.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Jury Deliberations held.
    ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
    ☐ Jury Notes were received and marked as Court Exhibits.
    ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
    ☐ The jury rendered the following verdict:
        ☐ _____ on Count(s): _____ as to Defendant _____.
        ☐ _____ on Count(s): _____ as to Defendant _____.
        ☐ _____ on Count(s): _____ as to Defendant _____.
        ☐ _____ on Count(s): _____ as to Defendant _____.
    ☐ The jurors were polled as to their verdict.
    ☐ The Verdict Sheet was received and marked as a Court Exhibit.
    ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
        ☐ Jury Notes were received and marked as Court Exhibits.
        ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
        ☐ The jurors were polled as to their verdict.
        ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
    ☐ The jurors, including alternates, were excused with the thanks of the Court.
    ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☐ Evidentiary Hearing/Motion Hearing/Fatico Hearing held.
　　☐ Hearing held regarding _____.
　　☐ The parties presented their oral arguments to the Court.
　　☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
　　☐ Exhibits were entered into evidence.
　　☐ The following briefing schedule was set:
　　　　☐ _____ shall serve the <u>motion</u> and all supporting papers:　　　　due by: _____.
　　　　☐ _____ shall serve the <u>opposition to the motion</u> and all supporting papers:　due by: _____.
　　　　☐ _____ shall serve the <u>cross-motion</u> and all supporting papers:　　due by: _____.
　　　　☐ _____ shall serve the <u>reply</u> and all supporting papers:　　　　due by: _____.
　　　　☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers:　due by: _____.
　　　　☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers:　due by: _____.
　　　　☐ The Court <u>WILL NOT</u> grant any extensions of the deadlines set forth above.
　　　　☐ The parties are directed to submit <u>courtesy copies</u> of their motion papers to Chambers in accordance with the Court's Individual Rules.
　　☐ The parties were directed to file a proposed briefing schedule on or before _____.
　　☐ The Court will enter a separate order outlining the briefing schedule.
　　☐ The Court made the following ruling(s): ☐ Motion <u>GRANTED</u>; ☐ Motion <u>DENIED</u>; ☐ Motion <u>GRANTED, in part</u>.
　　☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order; ☐ was <u>RESERVED</u>.
　　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

☑ Sentencing/Re-Sentencing held as to count(s) <u>1 - 3, 5, 6, 8 - 10, 12, 14 - 18</u> of the ___<u>eighteen</u>-count Indictment filed on <u>10/25/2018</u>_____.
　　☐ The parties advised the Court that there are no objections to the Presentence Investigation Report.
　　☑ Objections to the Presentence Investigation Report were outlined on the record by: ☐ the Government; ☑ Defense Counsel.
　　☑ The Court adopted the Presentence Investigation Report without change.
　　☐ Changes to the Presentence Investigation Report were outlined on the record by the Court.
　　☑ Oral presentations to the Court were made by: ☑ Defense Counsel; ☑ the defendant; ☑ the Government; ☐ the victim(s); ☐ _____.
　　☑ The defendant was sentenced to <u>IMPRISONMENT</u> for a total term of **ONE HUNDRED AND TWENTY (120) MONTHS**_____.
　　　　☑ Upon release, the defendant shall be on <u>SUPERVISED RELEASE</u> for a total term of **THREE (3) YEARS**_____.
　　　　　　☑ The defendant shall comply with the mandatory and standard conditions of supervision.
　　　　　　　　☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
　　　　　　☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
　　　　☐ The Court did not impose a term of Supervised Release.
　　☐ The defendant was sentenced to <u>PROBATION</u> for a total term of _____.
　　　　☐ The defendant shall comply with the mandatory and standard conditions of supervision.
　　　　　　☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
　　　　☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
　　☑ The defendant must pay the following criminal monetary penalties:
　　　　☐ <u>RESTITUTION</u> in the amount of:　　$ _____; (☐ An Order of Restitution was executed.)
　　　　☐ A <u>FINE</u> in the amount of:　　$ _____.
　　　　☑ A <u>SPECIAL ASSESSMENT</u> fine in the amount of: $ **1,400.00**_____.
　　　　☐ An <u>AVAA ASSESSMENT</u> fine in the amount of: $ _____.
　　　　☐ A <u>JVTA ASSESSMENT</u> fine in the amount of: $ _____.
　　☐ The <u>interest requirement</u> on any of the criminal monetary penalties:
　　　　☐ was ordered on the amounts of more than $2,500.00.
　　　　☐ was modified by the Court.
　　　　☐ was waived/not ordered/not applicable.
　　☑ Restitution: ☑ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
　　☑ A fine and/or other assessment: ☑ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
　　☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
　　☐ All other conditions shall remain in effect as previously ordered and outlined in the judgment dated _____.
　　☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture and will be included as part of the judgment.
　　☑ A Final Order of Forfeiture was executed and will be included as part of the judgment.
　　☑ The defendant's <u>right to appeal</u> the Court's sentence:
　　　　☐ was <u>waived</u> (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).
　　　　☑ was <u>preserved</u>. The defendant has the right to file an appeal within **fourteen (14) days** of the date that the judgment is **entered, not filed**.
　　☐ All open counts in the charging instrument(s) were dismissed on the motion of the United States.
　　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ Bond Hearing/Detention Hearing held.
    ☐ Defendant _____ did not present a bond application to the Court.
        ☐ An Order of Detention was executed as to Defendant _____.
        ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
    ☐ The bond application/modification was GRANTED as to Defendant _____.
        ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
        ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
        ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    ☐ The bond application/modification was DENIED as to Defendant _____.
        ☐ An Order of Detention was executed as to Defendant _____.
    ☐ The Government moved for immediate detention of Defendant _____.
        ☐ The motion was: ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
        ☐ An Arrest Warrant was executed as to Defendant _____.
        ☐ An Order of Detention was executed as to Defendant _____.
        ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
        ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    ☐ The decision regarding the bond or detention application was RESERVED.
        ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
        ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
    ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

☑ Defendant ___1___ remain(s) in custody.

☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
    ☐ A Medical Evaluation Order as to Defendant _____.
    ☐ A Competency Order as to Defendant _____.
    ☐ A Force Order as to Defendant _____.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
    ☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
    ☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
    ☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

☐ Defendant _____ remain(s) on bond.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before **2:00 PM on** _____ at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the Pretrial Services Department until the ordered surrender date.
    ☐ The U.S. Marshals Voluntary Surrender form was executed.
    ☐ Any motion to extend the surrender date must be made at least a **thirty (30) days** prior to the ordered surrender date.
    ☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a TERM OF PROBATION, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), shall be released from all conditions of supervision, forthwith.

## V. FURTHER PROCEEDINGS SET:

☑ No further proceedings have been set at this time.

☐ Bond Hearing:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Curcio Hearing:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Detention Hearing:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Evidentiary Hearing:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Fatico Hearing:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Jury Selection:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Jury Trial:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Motion Hearing:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Plea Hearing:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Pre-Trial Conference:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ Sentencing/Re-Sentencing:     For Defendant _____ set for _____ at _____ before _____; _____.
    ☐ <u>Sentencing Memoranda Deadlines</u>:
        ☐ The Government's sentencing memorandum is due by: _____.
        ☐ The defendant's sentencing memorandum is due by: _____.
        ☐ The parties are directed to submit <u>courtesy copies</u> of their sentencing memorandums to Chambers in accordance with the Court's Individual Rules. If a party chooses to proceed without filing a sentencing memorandum, a letter to the Court advising as such must be filed on said due date, <u>in lieu of the memorandum</u>. **PARTIES ARE ON NOTICE** that once their sentencing memorandums are filed, further sentencing submissions will not be accepted without prior, written, Court approval.
    ☐ All sentencing memorandums have been filed. Further sentencing submissions will not be accepted without prior, written, Court approval.
    ☐ The Government waived the filing of a sentencing memorandum and reserved the right to make an oral presentation at sentencing.
    ☐ Defense counsel waived the filing of a sentencing memorandum and reserved the right to make an oral presentation at sentencing.

☐ Status Conference:     For Defendant _____ set for _____ at _____ before _____; _____.

☐ The Court ordered the proceeding(s) above to be held via the Court's teleconferencing system. Parties are directed to dial the following telephone number at the designated time: **877-336-1839, access code 7231185**.

☐ The Court ordered the proceeding(s) above to be held by video, via **ZoomGov**. The parties on the case will be sent a separate notice by the Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date approaches.

☐ *Further instructions regarding the proceeding(s) set*:

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of this proceeding was deemed **SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☐ *The Court made the following rulings*:

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):